UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERTOS MEDICAL, INC.,

    Plaintiff,

    v.

GLOBUS MEDICAL, INC.,

    Defendant.
_____/

No. C 09-1411 PJH

**ORDER DENYING REQUEST FOR SEALING ORDER**

Defendant Globus Medical, Inc., having filed a request for a sealing order pursuant to Civil Local Rule 79-5, based on plaintiff Vertos Medical, Inc.'s "Confidential" designation of the material sought to be filed under seal, and plaintiff having failed to file a declaration establishing that the designated material is confidential as required by Local Rule 79-5(d), the court hereby DENIES the request.

**IT IS SO ORDERED.**

Dated: October 14, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge