UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Vertos Medical, Inc., a Delaware Corporation,<br><br>　　　　　　　Plaintiff<br><br>　　　vs.<br><br>Globus Medical, Inc., a Delaware Corporation,<br><br>　　　　　　　Defendant. | Case No.: C09-01411-PJH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41<br><br>Judge: Hon. Phyllis J. Hamilton |

　　　　Pursuant to the February 19, 2010 Stipulation between the parties, this Court hereby dismisses this the above captioned action without prejudice, and with each of the parties to bear its own respective attorneys' fees and costs, pursuant to Fed.R.Civ.P. 41.  The Court hereby further instructs the Clerk of Court to release to Vertos Medical, Inc. the cash bond posted by Vertos Medical, Inc. for the Preliminary Restraining Order in this case.

**IT IS SO ORDERED**:

DATED: ___Feb. 19___, 2010

By: _____
Honorable
United
Northern



-1-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

DOCSOC/1392691v1/101281-0005